JS 44 (Rev 09/10)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2013 OCT -1 PM 3:23

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
John Durocher ;
2 Citizen of Another State; Washington
**County of Residence:** Outside This District

Additional Plaintiff(s):
Darin Harris ;
2 Citizen of Another State; Washington

**Defendant(s):** 1:13-cv-1570 SEB-DML
First Listed Defendant:
National Collegiate Athletic Association ;
1 Citizen of This State;
**County of Residence:** Marion County

Additional Defendants(s):
Riddell, Inc. ;
2 Citizen of Another State; Illinois

All American Sports Corporation d/b/a Riddell/All American ;
2 Citizen of Another State; Delaware

Riddell Sports Group, Inc. ;
2 Citizen of Another State; Texas

Easton-Bell Sports, Inc. ;
2 Citizen of Another State; Delaware

Easton-Bell Sports, LLC ;
2 Citizen of Another State; Delaware

EB Sports Corporation ;
2 Citizen of Another State; Delaware

RBG Holdings Corporation ;
2 Citizen of Another State; Delaware

**County Where Claim For Relief Arose:** Marion County

**Plaintiff's Attorney(s):**
Irwin B Levin (John Durocher)
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
**Phone:** 317-636-6481
**Fax:** 317-636-2593
**Email:** ilevin@cohenandmalad.com

**Defendant's Attorney(s):**

http://www.insd.uscourts.gov/Forms/JS-44/cvcover.html

10/1/2013

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** 2 Citizen of Another State
    **Defendant:** 1 Citizen of This State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 360 Other Personal Injury Actions

**Cause of Action:** Numerous claims for damages for concussion-related injuries sustained by the Plaintiffs and Class members as a result of Defendants' conduct.

**Requested in Complaint**
    **Class Action:** Class Action Under FRCP23
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Irwin B. Levin

**Date:** October 1, 2013

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.