# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| JOHN DUROCHER, DARIN HARRIS, and ANTHONY MIRANDO, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, RIDDELL, INC., ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN, RIDDELL SPORTS GROUP, INC., EASTON-BELL SPORTS, INC., EASTON-BELL SPORTS, LLC, EB SPORTS CORPORATION, RBG HOLDINGS CORPORATION, and KRANOS CORPORATION d/b/a SCHUTT SPORTS,<br><br>                Defendants. | NO. _____<br><br>FIRST AMENDED CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)
        c/o Executive Officer
        National Collegiate Athletic Association
        1 NCAA Plaza
        700 W. Washington Street
        Indianapolis, IN 46204

        Riddell, Inc.
        c/o Illinois Corporation Service, Registered Agent
        801 Adlai Stevenson Dr.
        Springfield, IL 62703

        All American Sports Corporation d/b/a Riddell/All American
        c/o The Prentice-Hall Corporation System, Inc., Registered Agent
        2711 Centerville Road, Suite 400
        Wilmington, DE 19808

        Riddell Sports Group, Inc.
        c/o Corporation Service Company, Registered Agent
        2711 Centerville Road, Suite 400
        Wilmington, DE 19808

Easton-Bell Sports, INC.
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Easton-Bell Sports, LLC
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

EB Sports Corporation
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

RBG Holdings Corporation
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Kranos Corporation d/b/a Schutt Sports
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached first amended class action complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiffs' attorney, whose name and address are:

*Irwin B. Levin*
*Richard E. Shevitz*
*Scott D. Gilchrist*
*Lynn A. Toops*
*COHEN & MALAD, LLP*
*One Indiana Square, Suite 1400*
*Indianapolis, IN  46204*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                     *Signature of Clerk or Deputy Clerk*

Civil Action Number: _____

Civil Summons (Page 2)

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                   *Server's Signature*

                                   _____
                                   *Printed name and title*

                                   _____
                                   *Server's address*

Additional information regarding attempted service, etc.